JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABOR DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS, et al., | CASE NO.: CV 11-8270 DSF (PLAx) |
| Plaintiffs, | JUDGMENT |
| vs. | |
| MANAGEMENT DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS, et al., | |
| Defendants. | |

The Motion of Plaintiffs Labor Directors of the Motion Picture Industry Pension and Health Plans, et al., for Summary Judgment came on regularly for hearing on February 13, 2012 in Courtroom 840 of the above-entitled Court, the

Honorable Dale S. Fischer presiding. Having reviewed the moving, opposing, and reply papers and heard the arguments of counsel, the Court finds that Summary Judgment in favor of Plaintiffs is appropriate.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that:

Plaintiffs' motion for summary judgment is GRANTED in its entirety and judgment is entered in favor of Plaintiffs as to the First Claim for Relief under Section 302(c)(5)(B) of the Labor-Management Relations Act, 29 U.S.C. § 186(c)(5)(B); as to the Second Claim for Relief under Section 502(a)(3)(B) of ERISA, 29 U.S.C. § 1132(a)(3)(B)(ii); and as to the Third Claim for Relief under Section 502(a)(3)(B) of ERISA, 29 U.S.C. § 1132(a)(3)(B).  Declaratory judgment is issued determining that the pending deadlocked motion is subject to the Impartial Umpire procedures of Section 302(c)(5) of the Labor Management Relations Act, 29 U.S.C. § 186(c)(5) and of the Trust Agreements governing the Plans. Charles Askin is designated as Impartial Umpire to break the parties' deadlock, and the parties are ordered to meet with the Impartial Umpire at the earliest possible time, continuing until the meeting and hearing is completed.

IT IS SO ORDERED.

Dated: __2/13/12_____      _____
                                                Dale S. Fischer
                                                United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28